NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**JAMES A. WILLIAMS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2012-5070

_____

Appeal from the United States Court of Federal Claims in No. 10-CV-753, Judge Victor J. Wolski.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

James A. Williams moves for various reliefs.

To the extent that Williams is arguing the merits of his case, those arguments belong in his brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

JAMES WILLIAMS V. US                                                2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26